UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00693-SHK | Date: | May 31, 2024 |
| Title: | *Frances Marie Zintl v. Princess Cruise Lines, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On April 2, 2024, Plaintiffs Frances Marie Zintl and Albert Zintl ("Plaintiffs"), filed a complaint ("Complaint") against Defendants Princess Cruis Lines, LTD, Princess Cruise Lines, Inc., and Does 1 through 50 ("Defendants"). Electronic Case Filing Number ("ECF No.") 1, Compl. The case was randomly assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02. On May 24, 2024, Defendants appeared in this action by filing an Answer. ECF No. 6, Answer. However, the Court reviewed the docket and it is unclear as to how or when service was conducted. A summons was not requested by Plaintiffs nor has it been entered by the Court Clerk. A proof of service was also not filed by Plaintiffs.

After the instant action was randomly assigned to the Magistrate, the parties were advised that their consent is required if Magistrate Judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. The parties were further advised that they are free to withhold consent without adverse substantive consequences. If the parties agree to the exercise of jurisdiction by the Magistrate Judge, the parties shall jointly or separately file a statement of consent setting forth such election. Each Defendant's statement of consent shall be filed within 42 days after service of the summons and complaint upon that Defendant, and within 42 days by Plaintiffs after service upon the first-served Defendant.

/ / /

/ / /

      The Court notes that as of this date, all parties have not consented to the Magistrate Judge. And, the Court is unable to determine the deadline by which the parties have to file a statement of consent because a proof of service of the Complaint was not filed by Plaintiffs. Plaintiffs are therefore **ORDERED** to file their proofs of service on or before **June 7, 2024.**

**IT IS SO ORDERED.**