André M. Picciurro (SBN: 239132)
andre@picciurrolaw.com
Lisa G. Taylor (SBN: 156381)
lisa@picciurrolaw.com
**PICCIURRO LAW**
770 First Avenue, Suite 250
San Diego, CA 92101
Telephone: (619) 550-9522

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MARIE ZINTL, an individual; ALBERT ZINTL, an individual, <br><br> Plaintiffs, <br><br> vs.H <br><br> PRINCESS CRUISE LINES, INC., PRINCESS CRUISE LINES, LTD., PRINCESS CRUISE LINES, an entity form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:24-cv-00693-JGB SP <br><br> **DEFENDANT PRINCESS CRUISE LINES, LTD.'S NOTICE OF MOTION AND MOTION FOR NONJURY TRIAL** <br><br> Date: August 4, 2025 <br> Time: 9:00 a.m. <br><br> Accompanying Documents: <br> 1. Memorandum in Support; <br> 2. [Proposed] Order <br><br><br> Judge: Hon. Jesus G. Bernal |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on August 4, 2025 at 9:00 a.m., or as soon thereafter as this matter may be heard, Defendant Princess Cruise Lines, Ltd. ("Defendant" or "Princess") will and hereby does move this Court for an Order granting the parties a nonjury trial of the captioned matter. This motion is brought

-1-

pursuant to Fed. R. Civ. Pro. 39(a)(2) and made on the grounds that no right to a jury trial exists in cases where federal court jurisdiction is premised on the admiralty or maritime nature of the claims. (28 U.S. § 1333; Fed. R. of Civ. Pro. 38(e); Fed. R. Civ. Pro. 9(h).)

Defendant's Motion is based on this Notice of Motion and Motion, the Memorandum in Support of the Motion filed herewith, the papers and records on file in this matter, and such other and further evidence and arguments as the court may consider at the time of the hearing on this Motion.

In accordance with Central District of California Local Rule 7-3, the parties met and conferred telephonically with respect to the issues raised in this motion through their respective counsel of record on June 20, 2025. The parties were unable to resolve the issues raised by this motion during their meet and confer efforts.

Respectfully submitted,

Dated: July 3, 2025

**PICCIURRO LAW**

By:  */s/André M. Picciurro*
André M. Picciurro
Lisa G. Taylor
Attorneys for Defendant,
Princess Cruise Lines, Ltd.

PICCIURRO LAW
770 First Avenue, Suite 250
San Diego, CA 92101

-2-
DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR NONJURY TRIAL