Thomas F. Friedberg (SBN: 110439)
tom@lawofficefb.com
**LAW OFFICES OF FRIEDBERG &
BUNGE**
1005 Rosecrans, Suite 202
P.O. Box 6814
San Diego, California 92101
Telephone: (619) 557-0101

Michael Schwimer (SBN: 255567)
service@swlawllp.com
**SCHWIMER WEINSTEIN, LLP**
2665 Main Street, Suite 200
Santa Monica, California 90405
Telephone: (310) 957-2700

*Attorneys for Plaintiff*
FRANCES MARINE ZINTL

André M. Picciurro (SBN: 239132)
Andre@picciurrolaw.com
Kelsey B. Milack (SBN: 343040)
Kelsey@picciurrolaw.com
**PICCIURRO LAW**
770 First Avenue, Suite 250
San Diego, CA 92101
Telephone: (619) 550-9522

*Attorneys for Defendant*
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MARIE ZINTL, an individual; ALBERT ZINTL, an individual,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>PRINCESS CRUISE LINES, INC., PRINCESS CRUISE LINES, LTD., PRINCESS CRUISE LINES, an entity form unknown; and DOES 1 through 50, inclusive,<br><br>                              Defendants. | ) CASE NO. 5:24-cv-00693-JGB SP<br>)<br>) **JOINT EXHIBIT LIST**<br>)<br>) **Final Pretrial**<br>) **Conference:**  September 15, 2025<br>) **Time:**          11:00 a.m.<br>) **Judge:**         Hon. Jesus G. Bernal<br>) **Courtroom:**   Riverside, Courtroom 1<br>)<br>) Complaint Filed: April 2, 2024<br>) Trial Date:         September 30, 2025<br>)<br>)<br>) |

-1-
JOINT EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), L.R. 16-6.1, and the Court's Civil Trial Scheduling Order, Plaintiff Frances Marie Zintl and Defendant Princess Cruise Lines, Ltd. hereby submit the following joint exhibit list. The parties agree that they may use exhibits listed by the other party. The parties also agree that this list does not necessarily include documents used solely for impeachment or refreshing witnesses' recollection:

| Case No. 5:24-cv-00693-JGB SP   Case Name: *Zintl, et al. v. Princess Cruise lines, Inc., et al.* | | | |
|---|---|---|---|
| Exhibit No. | Description | Date Identified | Date Admitted |
| 1. | Diagram of Accident Scene | | |
| 2. | Photograph of Accident Scene | | |
| 3. | Photographs of Platform Width | | |
| 4. | Photographs of Chair to Edge Distance | | |
| 5. | Photograph of Platform Height | | |
| 6. | Photograph of Platform Edge | | |
| 7. | Photographs of Floor Friction Measurements Left to Right | | |
| 8. | Photographs of Floor Friction Measurements Right to Left | | |
| 9. | Photographs – Floor Friction Measurements Away from Platform | | |
| 10. | Photographs – Platform Friction Measurements Left to Right | | |
| 11. | Photographs – Platform Friction Measurements Right to Left | | |

| | | | | |
|---|---|---|---|---|
| 12. | Photographs – Platform Friction Measurements Away from Chair | | | |
| 13. | Photographs – Platform Friction Measurements Towards Chair | | | |
| 14. | Photographs – Floor Friction Measurements with Towel | | | |
| 15. | Statement – Frances Zintl | | | |
| 16. | Curriculum Vitae – Peter Poczynok | | | |
| 17. | Rule 26 report – Peter Poczynok | | | |
| 18. | Rule 26 rebuttal report – Peter Poczynok | | | |
| 19. | Diagram – co-efficient of friction | | | |
| 20. | Photograph – Tribometer Calibration | | | |
| 21. | Calibration Certificate | | | |
| 22. | ANSI/NFSI Standard | | | |
| 23. | ASTM F2508 Standard | | | |
| 24. | ASTM Screenshot | | | |
| 25. | ASM 825A Tribometer Manual | | | |
| 26. | Triodyne Safety Bulletin 22:4 | | | |
| 27. | Triodyne Safety Bulletin 23:4 | | | |
| 28. | Triodyne Safety Bulletin 26:2 | | | |
| 29. | Curriculum Vitae – Gregory Loren, MD | | | |
| 30. | Rule 26 report – Gregory Loren, MD | | | |
| 31. | Rule 26 rebuttal report – Gregory Loren, MD | | | |
| 32. | Pre-incident x-rays | | | |
| 33. | Pre-incident MRI | | | |
| 34. | Post incident MRI | | | |

JOINT EXHIBIT LIST

| 35. | Pre and post incident MRIs | | |
|---|---|---|---|
| 36. | Curriculum Vitae – Hazmer Cassim, MD | | |
| 37. | Eisenhower Health – April 29, 2022 | | |
| 38. | Eisenhower Health - May 13, 2022 | | |
| 39. | Eisenhower Health – June 9, 2022 | | |
| 40. | Eisenhower Health – June 13, 2022 | | |
| 41. | Eisenhower Health – August 15, 2022 | | |
| 42. | Eisenhower Health – June 19, 2025 | | |
| 43. | Eisenhower Health – July 21, 2025 | | |
| 44. | Eisenhower Health – July 2, 2021 | | |
| 45. | Eisenhower Health – September 7, 2021 | | |
| 46. | Eisenhower Health – September 28, 2021 | | |
| 47. | Eisenhower Health – October 22, 2021 | | |
| 48. | Eisenhower Health – November 5, 2021 | | |
| 49. | Eisenhower Health – March 11, 2022 | | |
| 50. | Eisenhower Health – April 15, 2022 | | |
| 51. | Curriculum Vitae – Janet Conley, PA | | |
| 52. | Curriculum Vitae – Doreen Casuto, RN | | |
| 53. | Rule 26 report – Doreen Casuto | | |
| 54. | Life Care Plan – Doreen Casuto | | |
| 55. | Curriculum Vitae – Laura Dolan | | |
| 56. | Rule 26 report – Laura Dolan | | |
| 57. | Economic Analysis – Community Costs | | |
| 58. | Economic Analysis – Date Base Costs | | |
| 59. | Summary of Past Medical Expenses | | |
| 60. | Curriculum Vitaes – Eric Schasner, MD | | |

-4-
JOINT EXHIBIT LIST

| 61. | Reserved | | |
|---|---|---|---|
| 62. | Reserved | | |
| 63. | Reserved | | |
| 64. | Reserved | | |
| 65. | Reserved | | |
| 66. | Reserved | | |
| 67. | Reserved | | |
| 68. | Reserved | | |
| 69. | Reserved | | |
| 70. | April 24, 2022, Zintl Acceptance of Passage Contract | | |
| 71. | Zintl Passage Contract | | |
| 72. | SeaEvent Report | | |
| 73. | Photo of Bottom of Pedicure Slippers | | |
| 74. | Photo of Top of Pedicure Slippers | | |
| 75. | Frances Marie Zintl Passenger Statement of Accident | | |
| 76. | Althea Rose Witness Statement of Accident | | |
| 77. | Isaac N. Ikram's Curriculum Vitae and Fee Schedule | | |
| 78. | Rule 26 Report of Isaac Ikram, P.E. | | |
| 79. | Rule 26 Expert Rebuttal Report of Isaac Ikram, P.E. | | |
| 80. | Photo of Lotus Spa Sign | | |
| 81. | Photo of Entry to Salon | | |
| 82. | Photo of Step and Pedicure Chair in Salon | | |

-5-

JOINT EXHIBIT LIST

| 83. | Ground Reaction Force During Step Down Graph | | |
|---|---|---|---|
| 84. | Rendering of fall onto flat back | | |
| 85. | Rendering of fall onto buttocks | | |
| 86. | COM v. COP During Step Down drawing | | |
| 87. | Test Location (Dry) photograph | | |
| 88. | Mark IIIb Results graph | | |
| 89. | Kuba J. Glasek's Curriculum Vitae | | |
| 90. | Initial Expert Report of Kuba Glazek, Ph.D. (April 28, 2024) with exhibits | | |
| 91. | Figure 1 – Image Showing Relative Height Cues at Location | | |
| 92. | Figure 2 – Tile pattern of the upper and lower levels | | |
| 93. | Figure 3 – Images of floor tiles | | |
| 94. | Figure 4 – Images of floor tiles | | |
| 95. | Figure 1 – Marked Up Images from Mr. Poczynok's report | | |
| 96. | Figure 2 – Typical overstep fall mechanism (adapted from Bakken et al., 2007) | | |
| 97. | Erik Schnaser, M.D.'s Curriculum Vitae | | |
| 98. | Erik Schnaser, M.D.'s Initial Rule 26 Expert Report (dated April 25, 2025) | | |
| 99. | Erik Schnaser, M.D.'s Supplemental/IME Report (dated April 28, 2025) | | |

-6-
JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 100. | Erik Schnaser, M.D.'s Expert Witness Rebuttal (dated May 6, 2025) | | |
| 101. | Elizabeth Peralta's Curriculum Vitae | | |
| 102. | Elizabeth Peralta's Expert Rebuttal Report (dated May 12, 2025) | | |
| 103. | Eisenhower Imaging Center – October 14, 2019 | | |
| 104. | Eisenhower Health – March 19, 2021 | | |
| 105. | Eisenhower Health – June 4, 2021 | | |
| 106. | Eisenhower Health Office Visit – June 22, 2021 | | |
| 107. | Eisenhower Health – July 2, 2021 | | |
| 108. | Eisenhower Health – July 7, 2021 | | |
| 109. | Eisenhower Health Office Visit – July 13, 2021 | | |
| 110. | Eisenhower Health – July 29, 2021 | | |
| 111. | Eisenhower Health – September 7, 2021 | | |
| 112. | Eisenhower Health – September 14, 2021 | | |
| 113. | Eisenhower Imaging Center – September 14, 2021 | | |
| 114. | Eisenhower Health Office Visit – September 28, 2021 | | |
| 115. | Eisenhower Health – October 22, 2021 | | |
| 116. | Eisenhower Health – November 5, 2021 | | |
| 117. | Eisenhower Health – January 8, 2022 | | |
| 118. | Eisenhower Health Office Visit – January 11, 2022 | | |

JOINT EXHIBIT LIST

| 119. | Eisenhower Health – January 25, 2022 | | |
|---|---|---|---|
| 120. | Eisenhower Health Office Visit – February 7, 2022 | | |
| 121. | Eisenhower Health Office Visit – February 22, 2022 | | |
| 122. | Eisenhower Health Office Visit – March 11, 2022 | | |
| 123. | Eisenhower Health OP Visit – April 15, 2022 | | |
| 124. | Eisenhower Health – April 27, 2022 | | |
| 125. | Eisenhower Imaging Center – April 29, 2022 | | |
| 126. | Eisenhower Health – April 29, 2022 | | |
| 127. | Movement for Life Physical Therapy – May 4, 2022 through August 9, 2022 | | |
| 128. | Eisenhower Health – May 25, 2022 | | |
| 129. | Eisenhower Imaging Center – May 25, 2022 | | |
| 130. | Eisenhower Health – June 8, 2022 | | |
| 131. | Eisenhower Health – June 11, 2022 | | |
| 132. | Eisenhower Imaging Center – June 11, 2022 | | |
| 133. | Eisenhower Health Office Visit – June 9, 2022 | | |
| 134. | Eisenhower Health Office Visit – June 13, 2022 | | |

-8-
JOINT EXHIBIT LIST

| 135. | Eisenhower Health Office Visit – July 11, 2022 | | |
|---|---|---|---|
| 136. | Eisenhower Health – August 10, 2022 | | |
| 137. | Eisenhower Imaging Center – August 10, 2022 | | |
| 138. | Eisenhower Health Office Visit – August 15, 2022 | | |
| 139. | Eisenhower Health – May 13, 2022 | | |
| 140. | April 28, 2025 Transcript of Audio-Recorded Independent Medical Examination of Frances Marie Zintl | | |
| 141. | Plaintiff Frances Zintl's Verified Responses to Defendant Princess' Requests for Admission Nos., 1-3, 10, and 11 (February 28, 2025) | | |
| 142. | Plaintiff Albert Zintl's Verified Responses to Defendant Princess' Requests for Admission Nos., 1-3, 10, and 11 (February 28, 2025) | | |
| 143. | Excerpt from Deposition Transcript of Albert Zintl (pp. 5:24 - 6:5) | | |
| 144. | Deposition Transcript of Althea Rose* (If unavailable at trial) | | |
| 145. | Deposition Transcript of John William Fernandes* (If unavailable at trial) | | |

///

///

-9-

JOINT EXHIBIT LIST

Dated: August 25, 2025

**LAW OFFICES OF FRIEDBERG & BUNGE**

By:   */s/ Thomas F. Friedberg*

      Thomas F. Friedberg
      *Attorneys for Plaintiff Frances Marie Zintl*

Dated: August 25, 2025

**PICCIURRO LAW**

By:   */s/ Andre M. Picciurro*
      André M. Picciurro
      Kelsey B. Milack
      *Attorneys for Defendant Princess Cruise Lines, Ltd.*

JOINT EXHIBIT LIST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **JOINT EXHIBIT LIST** was served on the 25th day of August 2025 by causing this document to be filed on the CM/ECF system which will provide notice to the following parties and counsel:

André M. Picciurro, Esq.
**PICCIURRO LAW**
770 First Avenue, Suite 250
San Diego, CA 92101
Direct: (619) 550-9522
Email: andre@picciurrolaw.com

_s/ THOMAS F. FRIEDBERG, ESQ._

JOINT EXHIBIT LIST