# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MARIE ZINTL and ALBERT ZINTL, <br><br> Plaintiffs, <br><br> v. <br><br> PRINCESS CRUISE LINES, LTD. <br><br> Defendant. | **CASE NO. 5:24-cv-00693-JGH-SP** <br><br> **PLAINTIFFS' WITNESS LIST** <br><br> **DATE : September 15, 2025** <br> **TIME  : 11:00 a.m.** <br> **JUDGE : Hon. Jesus G. Bernal** <br><br> Complaint Filed: April 2, 2024 <br> Trial Date       : September 30, 2025 |

Pursuant to L.R. 16-5, Plaintiffs hereby file the following witness list:

| Witness Name | Description | Date Called to Testify |
|---|---|---|
| Frances Zintl | Plaintiff | 9/30/25 |
| Albert Zintl | Percipient | 9/30/25 |
| Gregory Loren, MD | Expert – Orthopedic Surgery | 9/30/25 |
| Peter Poczynok, PE | Expert – Mechanical Engineering | 10/1/25 |
| Hamer Cassim, MD | Percipient – Treating Physician | 10/1/25 |
| Janet Conley, PA | Percipient – Treating Physician | 10/1/25 |
| Doreen Casuto, RN | Expert – Life Care Planning | 10/1/25 |
| Laura Dolan | Expert – Economist | 10/2/25 |

THE LAW OFFICES OF FRIEDBERG & BUNGE
1005 ROSECRANS, SUITE, PO BOX 6814
SAN DIEGO, CALIFORNIA 92166 (619)557-0101

August 25, 2025                    **LAW OFFICES OF FRIEDBERG & BUNGE**


By: _s/ THOMAS F. FRIEDBERG, ESQ._
THOMAS F. FRIEDBERG, ESQ.(#110439)
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92101
Telephone:   (619) 557-0101
Facsimile:   (619) 557-0560
Email:        tom@lawofficefb.com

Michael Schwimer, Esq.
**SCHWIMER WEINSTEIN, LLP**
2665 Main Street, Suite 200
Santa Monica, California 90405
Tel : (310) 957-2700
Fax : (310) 957-2701
E : service@swlawllp.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing **PLAINTIFFS' WITNESS LIST** was served on the August 25, 2025 by causing this document to be filed with the CM/ECF system which will provide notice to the following parties and counsel:

André M. Picciurro, Esq.
**PICCIURRO LAW**
770 First Avenue, Suite 250
San Diego, CA 92101
Direct: (619) 550-9522
Email: andre@picciurrolaw.com

_s/ THOMAS F. FRIEDBERG, ESQ._