André M. Picciurro (SBN: 239132)
Andre@picciurrolaw.com
Kelsey B. Milack (SBN: 343040)
Kelsey@picciurrolaw.com
**PICCIURRO LAW**
770 First Avenue, Suite 250
San Diego, CA 92101
Telephone: (619) 550-9522

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

**PICCIURRO LAW**
**770 First Avenue, Suite 250**
**San Diego, CA 92101**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MARIE ZINTL, an individual; ALBERT ZINTL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCESS CRUISE LINES, INC., PRINCESS CRUISE LINES, LTD., PRINCESS CRUISE LINES, an entity form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:24-cv-00693-JGB SP <br><br> **DEFENDANT PRINCESS CRUISE LINES, LTD.'S WITNESS LIST** <br><br> **FPTC Date:** September 15, 2025 <br> **Time:** 11:00 a.m. <br> **Judge:** Hon. Jesus G. Bernal <br> **Courtroom:** Riverside, Courtroom 1 <br><br> Complaint Filed: April 2, 2024 <br> Trial Date: September 30, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), L.R. 16-5, and the Court's Civil Trial Scheduling Order, Defendant Princess Cruise Lines, Ltd. hereby submits the following witness list:

| Case No. 5:24-cv-00693-JGB SP    Case Name: *Zintl, et al. v. Princess Cruise lines, Inc., et al.* | | |
|---|---|---|
| Witness Name | Description | Date to Testify |
| 1.   Althea Marvalyn Rose | Percipient | October 2, 2025 |
| 2.   John William Fernandes | Percipient | October 2, 2025 |

-1-
DEFENDANT PRINCESS CRUISE LINES, LTD.'S WITNESS LIST

| 3. | Isaac N. Ikram | Expert – Biomechanical & Accident Reconstruction | October 3, 2025 |
| 4. | Kuba J. Glasek | Expert – Forensic/Human Factors | October 3, 2025 |
| 5. | Erik Schnaser, M.D. | Expert – Orthopedic Surgeon | October 3, 2025 |
| 6. | Elizabeth B. Peralta | Expert – Life Care Planning | October 3, 2025 |

Dated: August 25, 2025

**PICCIURRO LAW**

By: */s/André M. Picciurro*
André M. Picciurro
Kelsey B. Milack
*Attorneys for Defendant,*
*Princess Cruise Lines, Ltd.*

**PICCIURRO LAW**
**770 First Avenue, Suite 250**
**San Diego, CA 92101**

-2-
DEFENDANT PRINCESS CRUISE LINES, LTD.'S WITNESS LIST